UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE S. MONTGOMERY,<br><br>    Plaintiff,<br><br>vs.<br><br>I. SANCHEZ, *et al.*,<br><br>    Defendants. | Case No. 1:13-cv-00247-RRB<br><br>**ORDER DENYING**<br>**MOTION AT DOCKET 15** |

At **Docket 15** Plaintiff Dwayne S. Montgomery, a state prisoner appearing *pro se*. filed an untitled document in which he notifies the Court of his new address (California State Prison – Sacramento) and requests he be provided with the necessary form to give notice of the move. Further, Montgomery notes that, as of March 5, 2014, his legal papers had not been forwarded from California State Prison – Los Angeles County. Montgomery requests that he be provided available form to file a motion to compel the transfer of those documents, if necessary, and the form to request appointment of counsel.

The Court has noted Montgomery's change of address; no particular form is necessary of that purpose. As for Montgomery's additional requests, the Court does not provide standard forms for those purposes. Accordingly, the untitled motion at **Docket 15** is **DENIED**.

**IT IS SO ORDERED** this 27th day of March, 2014.

S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE