UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE S. MONTGOMERY,<br><br>    Plaintiff,<br><br>vs.<br><br>I. SANCHEZ, *et al.*,<br><br>    Defendants. | Case No. 1:13-cv-00247-RRB<br><br>**ORDER REGARDING<br>EXHIBITS B THROUGH H<br>OF MOTION AT DOCKET 17** |

Om March 28, 2014, at **Docket 17**. Defendants Smith and Duncan served and filed a Motion to Dismiss the Eighth Amendment Claim for failure to exhaust administrative remedies. Attached to that motion is the Declaration of S. Tallerico, to which are attached several exhibits.[1] The electronically filed copies of Exhibits B through H are illegible.

Accordingly, on or before **April 8, 2014**, counsel for Defendants must either re-file electronically or file separately in paper and serve on Plaintiff *legible* copies of Exhibits B through H attached to the Declaration of S. Tallerico.

**IT IS SO ORDERED** this 1st day of April, 2014.

                                                              S/ RALPH R. BEISTLINE<br>                                                              UNITED STATES DISTRICT JUDGE

---

[1]     Docket 17-3.