UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE S.  MONTGOMERY,<br><br>        Plaintiff,<br><br>vs.<br><br>I.  SANCHEZ, *et al.*,<br><br>        Defendants. | Case No. 1:13-cv-00247-RRB<br><br>**ORDER GRANTING MOTIONS<br>AT DOCKET DOCKETS 41, 42** |

At **Docket 41** Defendant I Sanchez has moved for an additional fourteen (14) days within which to serve and file his reply to Plaintiff's opposition to the motion for summary judgment.

At **Docket 42** Defendants S. W. Duncan and H.B. Smith have also moved for an additional fourteen days within which to serve and their reply yo Plaintiff's motion.

For good cause shown, the motions for additional time at **Dockets 41 and 42** are **GRANTED**.  The replies to Plaintiff's opposition to the motions for summary judgment are due not later than **August 4, 2014**.

**IT IS SO ORDERED** this 28th day of July, 2014.

S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE