UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DWAYNE S. MONTGOMERY, | Case No. 1:13-cv-00247-RRB |
| Plaintiff, | |
| vs. | **ORDER DENYING** |
| I. SANCHEZ, *et al.*, | **MOTION AT DOCKET 51** |
| Defendants. | |

At **Docket 51** Plaintiff Dwayne S. Montgomery, a state prisoner appearing *pro se*, has renewed his request for appointment of counsel. The Court denied Montgomery's previous request.[1] The Court, having reviewed the motion, has determined that Montgomery has not raised any new matter or presented any new fact(s) that would support a different decision upon reconsideration.

Accordingly, the Motion Requesting Appointment of Counsel at **Docket 51** is **DENIED**.

**IT IS SO ORDERED** this 8th day of September, 2014.

S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[1] Docket 37.

ORDER DENYING MOTION AT DOCKET 51