UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE S. MONTGOMERY,<br><br>    Plaintiff,<br><br>vs.<br><br>I. SANCHEZ, *et al.*,<br><br>    Defendants. | Case No. 1:13-cv-00247-RRB<br><br>**ORDER DENYING MOTION<br>AT DOCKET 74** |

At **Docket 74** Plaintiff Dwayne S. Montgomery, a state prisoner appearing *pro se*, has renewed his request for appointment of counsel. The Court denied Montgomery's two previous requests.[1] The Court, having reviewed the renewed motion, has determined that Montgomery has neither raised any new matter nor presented any new fact(s) that would support a different decision upon reconsideration.

Accordingly, the Motion for Appointment of Counsel at **Docket 74** is **DENIED**.

**IT IS SO ORDERED** this 6th day of April, 2015.

                                S/ RALPH R. BEISTLINE
                                UNITED STATES DISTRICT JUDGE

---

[1] Dockets 37, 52.