1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

10  DWAYNE S. MONTGOMERY,                Case No.  1:13-cv-00247-LJO-DLB (PC)

11             Plaintiff,                ORDER REGARDING DEFENDANT'S
                                         REQUEST FOR EARLY SETTING OF
12       v.                              EVIDENTIARY HEARING
                                         (Document 98)
13  I. SANCHEZ,
                                         ***AMENDED*** ORDER GRANTING
14             Defendant.                DEFENDANT'S REQUEST FOR
                                         EVIDENTIARY HEARING
15
                                         Hearing:  October 7, 2015, at 10:00 a.m. in
16                                       Courtroom 6 (DLB)
17  _____/

18       Plaintiff Dwayne S. Montgomery, a state prisoner proceeding pro se and in forma pauperis,

19  filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 19, 2013.  This action for

20  damages is proceeding against Defendant I. Sanchez ("Defendant") for excessive force in

21  violation of the Eighth Amendment.  The events at issue occurred at Kern Valley State Prison in

22  Delano, California, and arise out of Defendant Sanchez's alleged use of pepper spray on or about

23  August 14, 2010.

24       Defendant previously filed a motion for summary judgment based on exhaustion.  On

25  August 24, 2014, the Court denied the motion after finding a disputed issue of material fact.  The

26  Court granted Defendant's request for an evidentiary hearing on March 11, 2015, indicating that a

27  hearing would be held on the first day set for trial.  Trial is currently set for December 8, 2015.

28

1   On August 28, 2015, Defendant filed a request to have the exhaustion issue heard earlier so

2   as to save the Court and the parties from unnecessarily expending time and resources on the merits

3   if the issues are unexhausted.

4   The Court agrees that the exhaustion issue should be heard at an earlier date.  Albino v.

5   Baca, 747 F.3d 1162, 1170-1171 (9th Cir. 2014).  Accordingly, the Court AMENDS the March

6   11, 2015, order as follows:  **October 7, 2015, hearing, 10:00 a.m., Courtroom 6 (DLB).**

7   The hearing will be limited to the issue of whether Plaintiff submitted a CDC 602 within

8   the 15-day window provided by the regulations, and whether it "was intercepted and destroyed by

9   colleagues" of Defendant.  The parties should be prepared to present evidence on this issue.  The

10   hearing will commence and conclude on October 7, 2015.

11   The Court further ORDERS:

12   1.   No later than September 14, 2015, the parties SHALL meet and confer, by

13   telephone or in person, regarding the witnesses to be called and evidence to be

14   presented at the hearing[1];

15   2.   No later than September 26, 2015, defense counsel SHALL file a statement setting

16   forth the witnesses to be called and the documents to be presented at the hearing;

17   and

18   3.   Defense counsel SHALL provide four (4) copies of all exhibits to be used at the

19   hearing to Judge Beck's chambers no later than October 1, 2015.

IT IS SO ORDERED.

Dated:   **September 1, 2015**          /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE

---

[1] Witnesses are limited to those qualified to provide relevant testimony on the exhaustion issues identified herein.
Fed. R. Evid. 401, 402, 602, 701, 702.