# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE S. MONTGOMERY, | Case No. 1:13-cv-00247-LJO-DLB (PC) |
| Plaintiff, | ORDER REGARDING DEFENDANT'S REQUEST FOR CLARIFICATION |
| v. | (Document 103) |
| I. SANCHEZ, | |
| Defendant. | |

Plaintiff Dwayne S. Montgomery, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 19, 2013. This action for damages is proceeding against Defendant I. Sanchez ("Defendant") for excessive force in violation of the Eighth Amendment.

An evidentiary hearing is set for October 7, 2015, to determine the following issue: whether Plaintiff submitted a CDCR 602 within the 15-day window provided by the regulations, and whether it "was intercepted and destroyed by colleagues" of Defendant.

On September 25, 2015, Defendant requested a clarification of the order, suggesting that the Court "inadvertently" omitted additional issues that needed to be decided at the hearing. ECF No. 103, at 2. Defendant believes that in addition to the issued cited by the Court above, the Court also needs to determine whether Plaintiff was prevented from exhaustion following (1) the

cancellation of his March 10, 2011, appeal; and (2) the rejection of his August 9, 2011, appeal.[1]

Defendant is incorrect. The only factual issue to be decided at the upcoming hearing relates to Plaintiff's August 23, 2010, appeal.

Plaintiff's appeal-related activities in 2011 are not disputed, and therefore no factual issues exist. If the Court finds Plaintiff's testimony regarding his August 23, 2010, appeal credible, the remaining analysis is legal in nature.

IT IS SO ORDERED.

Dated:   **September 28, 2015**                    /s/ Dennis L. Beck
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant refers to a January 22, 2011, appeal throughout the pleading, as well as a June 20, 2011, appeal of the cancellation. It is unclear if this is a typographical error. In any event, in prior orders and pleadings, the Court and Defendant have referred to the appeals at issue by the date they were received. ECF No. 17. The dates of the appeals are therefore March 10, 2011, and August 9, 2011. The Court notes that the documents attached to the Declaration of S. Tallerico, submitted in support of the March 2014, exhaustion challenge, are very difficult to read, and the Court cannot tell if there is a separate date relating to the date on which Plaintiff's appeals were written and/or submitted.