# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE S. MONTGOMERY,<br><br>            Plaintiff,<br><br>    v.<br><br>I. SANCHEZ,<br><br>            Defendant.<br>_____/ | Case No. 1:13-cv-00247-LJO-DLB (PC)<br><br>NOTICE AND ORDER THAT DWAYNE S. MONTGOMERY IS NO LONGER NEEDED IN THESE PROCEEDINGS AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

The evidentiary hearing in this matter commenced and concluded on October 7, 2015.

Accordingly, Plaintiff Dwayne S. Montgomery, CDCR # K-14298, is no longer needed by the Court in these proceedings and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:  **October 7, 2015**              /s/ *Dennis L. Beck*
                                           UNITED STATES MAGISTRATE JUDGE