# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE S. MONTGOMERY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>I. SANCHEZ,<br><br>　　　　Defendant.<br>_____/ | Case No. 1:13-cv-00247-LJO-DLB (PC)<br><br>**ORDER VACATING TELEPHONIC TRIAL CONFIRMATION HEARING AND TRIAL DATES** |

　　Plaintiff Dwayne S. Montgomery ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action.

　　On October 7, 2015, the Court held an evidentiary hearing on the issue of exhaustion. For good cause, the Court VACATES the October 29, 2015, Telephonic Trial Confirmation Hearing and the December 8, 2015, trial date.

　　The Court will issue a decision on exhaustion by separate order.

IT IS SO ORDERED.

　　Dated:　**October 8, 2015**　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE