# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE S. MONTGOMERY,<br><br>    Plaintiff,<br><br>    v.<br><br>I. SANCHEZ,<br><br>    Defendant. | Case No. 1:13-cv-00247-LJO-DLB (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS<br>(Document 121)<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR TRANSCRIPT<br>(Document 122) |

Plaintiff Dwayne S. Montgomery ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action.

On November 23, 2015, Plaintiff filed a motion for additional time to file objections to the Magistrate Judge's October 28, 2015, Findings and Recommendations. Good cause appearing, Plaintiff's request is GRANTED. Plaintiff SHALL file objections within thirty (30) days of the date of service of this order.

Also on November 23, 2015, Plaintiff filed a request for a copy of the transcript of the October 7, 2015, evidentiary hearing. Plaintiff is not entitled to a free copy of the transcript. He

///
///
///
///
///

1 may contact the Court Reporter directly to determine the fee associated with obtaining a copy of
2 the transcript.

IT IS SO ORDERED.

Dated:   **November 30, 2015**              /s/ Dennis L. Beck
                                         UNITED STATES MAGISTRATE JUDGE